AO 442 (Rev. 11/11) Arrest Warrant



SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

3/7/2019

JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jonathan Rocas-Osorio | ) | Case No. 5:19-cr-00008-09 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jonathan Rocas-Osorio,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Drug Conspiracy

Date: 03/05/2019

For /s/ J. Vasquez, Deputy Clerk
*Issuing officer's signature*

City and state: Harrisonburg, VA

Honorable Elizabeth K. Dillon
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* 3/5/19 | , and the person was arrested on *(date)* 3/7/19 |
|---|---|
| at *(city and state)* Harrisonburg, VA | |

Date: 3/7/19

DARYL BENDER  Digitally signed by DARYL BENDER
              Date: 2019.03.07 10:56:34 -05'00'
*Arresting officer's signature*

Daryl Bender   DUSM
*Printed name and title*